ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Navmar Applied Sciences Corporation | ) ASBCA No. 62018 |
| | ) |
| Under Contract Nos. N68335-10-C-0396 | ) |
| N68335-11-C-0038 | ) |
| N68335-11-C-0262 | ) |
| N68335-12-C-0312 | ) |
| N68335-12-C-0353 | ) |
| N68335-13-C-0125 | ) |

APPEARANCE FOR THE APPELLANT:     Brian S. Gocial, Esq.
                                   Blank Rome LLP
                                   Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
                                   DCMA Chief Trial Attorney
                                   Amelia R. Lister-Sobotkin, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Chantilly, VA

ORDER OF DISMISSAL

For reasons indicated by the parties, the Board is unable to proceed with disposition of the above appeal at this time due to factors not within the control of the Board. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: February 9, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62018, Appeal of Navmar Applied Sciences Corporation, rendered in conformance with the Board's Charter.

Dated:  February 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals